# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC-37 | E2450884 | MA3 FIGUEROA | Q-239 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/13/2025 0734
Offense Charged: ☐ CFR ☐ USC ☒ State Code: CUC 27007
Place of Offense: BLDG 1183 PORT HUENEME NAVAL BASE VENTURA COUNTY

Offense Description: Factual Basis for Charge    HAZMAT ☐

PROHIBITS THE OPERATION OF ANY SOUND AMPLIFICATION SYSTEM IN A VEHICLE THAT CAN BE HEARD FROM 50 FEET OR MORE AS ASSIMILATED BY 18 USC 13.

### DEFENDANT INFORMATION

Last Name: REYES
First Name: VIRGINIA

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9SQP125 | CA | 25 | TOYOTA/RAV4 | | GRAY |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1415 STATE STREET, SANTA BARBARA, CA 93101
Date: 17 OCT 2025
Time: 0830 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

ENCLOSURE # 18

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on AUGUST 12, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

ON AUGUST 13, 2025 AT 0734 AM, I MASTER AT ARMS THIRD CLASS FIGUEROA AND MASTER AT ARMS SECOND CLASS JMO RIVERA ASSIGNED AS PORT HUENEME NAVAL BASE VENTURA COUNTY, CA 93041 PATROL UNITS, I'M VENTURA 2-1 AND MA2 RIVERA IS VENTURA 2-2, RECEIVED A RADIO CALL FROM VENTURA KNOTT GATE REQUESTING US TO GO TO BUILDING 1188 (ROSS AND A) PORT HUENEME FOR A FEMALE CAUSING A DISTURBANCE TO THE PEACE. MYSELF AND MA2 RIVERA ARE IN ROUTE TO SCENE. WHILE I'M IN ROUTE TO SCENE I'M DRIVING PASSING BOSTON STREET AND BUILDING 797 APPROXIMATELY MORE THAN 500 FEET FROM BUILDING 1183 PLAYING EMERGENCY SIRENS AND USING VERBAL SPEECH FROM THE STARBOARD PA SYSTEM OF THE IDENTIFIED CA DL OF VIRGINIA REYES WHO WAS DRIVING A GRAY TOYOTA RAV4 WHEN MYSELF AND MA2 RIVERA ARRIVED ON SCENE. VIRGINIA REYES WAS THAN CAUSING A DISTURBANCE TO THE PEACE WITH HER ACTIONS OF VERBAL OBNOXIOUS STATEMENTS AND SOUNDS OF AN EMERGENCY VEHICLE SHE WAS USING BEFORE AND WHEN MA2 RIVERA AND MYSELF ARRIVED ON SCENE. VIRGINIA REYES WAS CITED USING ENA AMPLIFICATION SOUND OF ANY SOUND THAT CAN BE HEARD FROM MORE THAN 50 FEET AFTER SHE WAS ACKNOWLEDGED.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/13/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident