FILED
CLERK, U.S. DISTRICT COURT

03/20/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TRB _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>Virginia Reyes,<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | CVB Case No. 2:25-po-01287-KS /<br>CC37, E2450883, CC37 E2450884,<br>CC37, E2450885<br><br>CRIMINAL TRIAL ORDER<br>(PETTY OFFENSE)<br><br>Date:       05/22/2026<br>Time:       8:30 a.m.<br>Location:  U.S. Bankruptcy Court<br>1415 State Street, Santa<br>Barbara, CA 93101<br><br>Courtroom #202 |

This matter is set for trial on **05/22/2026, at 8:30 a.m.** before Chief Magistrate Judge Karen L. Stevenson  in Courtroom #202, located on the 2nd Floor of the United States Bankruptcy Court, 1415 State Street, Santa Barbara. CA 93101.  The Government is ordered to file a trial memorandum on or before **05/14/2026**.   The trial memorandum should set forth the applicable law, the maximum possible penalties, whether consent to trial before a Magistrate Judge is needed, the number of witnesses the Government intends to call and what the evidence will show.  Defendant may also file such a trial memorandum.  Additionally, if either party anticipates any evidentiary issues arising and intends to file any pre-trial motions, including motions in limine, all motions shall be filed no later than **05/01/2026**, oppositions shall be filed no later than **05/11/2026**,  and replies shall be filed no later than **05/18/2026**.  All documents are to be served via email **and** filed at Criminal Intake or delivered to the Courtroom Deputy Clerk no later than 4:00 p.m. on the day they are due.

The Court requires the following to be submitted to the Courtroom Deputy Clerk on the first day of trial:

Four sets of exhibits as follows:

    a.    The original exhibits with the Court's exhibit tags (provided by the Clerk), which shall be stapled/adhered to the front of the exhibit with the case number, case name, and exhibit number placed on each tag.

    b.    One bench book with a copy of each exhibit for use by the Court, tabbed with exhibit numbers as described above.

    c.    One witness book with a copy of each exhibit for use by the witnesses, tabbed with exhibit numbers as described above.

    d.    One counsel book with a copy of each exhibit for use by the other party, tabbed with exhibit numbers as described above.

and,

    e.    Two (2) copies of exhibit lists.

    f.    Two (2) copies of witness lists in the order in which the witnesses may be called to testify.

The exhibit lists shall be in the form indicated by the following example:

Case Title: _____     Case No. _____

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 3 | 1/30/80 letter from Doe to Roe | _____ | _____ |

The witness lists shall be in the form indicated by the following example:

Case Title: _____     Case No. _____

| Name of Witness | Date called to testify |
|---|---|
| 1. John Doe | _____ |
| 2. Jane Roe | _____ |

The parties shall advise the Courtroom Deputy Clerk at (213) 894-4767 upon becoming aware of any calendar conflict, intention to request a continuance, or any other event that might prevent this matter from proceeding as calendared.

**IT IS SO ORDERED.**

Dated: _March 31, 2026_        _Karen L. Stevenson_
Honorable Karen L. Stevenson
Chief United States Magistrate Judge